**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

IN RE:   **PATRICIA P. REED**                                                    NO. 4:03-bk-13884 E
         Debtor                                                                              CHAPTER 7

**TRUSTEE'S DISTRIBUTION REPORT
AND APPLICATION FOR CLOSING AND DISCHARGE**

  JAMES F. DOWDEN, trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain. Bank statements and cancelled checks evidencing final disbursement of all funds and a zero balance for the estate account have been provided to the U.S. Trustee. The following is a summary of all receipts and disbursements of this estate.

$   13,562.02    **GROSS RECEIPTS**

DISTRIBUTION:

| Amount | | Description |
|---:|---|---|
| 2,106.20 | a. | Trustee Compensation |
| 1,337.65 | b. | Attorney Fees to Trustee or Firm |
| 0.00 | c. | Attorney Fees to Outside Firm |
| 0.00 | d. | Professional Fees to Trustee or Firm |
| 182.00 | e. | Professional Fees to Outside Professionals |
| 419.71 | f. | Administrative Costs (including Trustee Expenses and Clerks Notice Fees) |
| 0.00 | g. | Prior Chapter Conversion Costs |
| 0.00 | h. | Secured Creditors |
| 0.00 | i. | Priority Creditors |
| 9,516.46 | j. | Unsecured Creditors (including funds paid to Clerk per FRBP 3010 & 3011) |
| 0.00 | k. | Payments to Debtor |
| 0.00 | l. | Other |

$   13,562.02    **TOTAL DISBURSEMENTS**

  THEREFORE, pursuant to FRBP 5009, the trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the trustee of any further duties.

Date: June 25, 2008                                                     /s/ James F. Dowden
                                                                                          JAMES F. DOWDEN, Trustee